■ WHITESTONE FINE JEWELRY & GIFTS, INC., Respondent, v THREADNEEDLE INSURANCE COMPANY LIMITED et al., Appellants. [701 NYS2d 903] —Order, Supreme Court, New York County (Herman Cahn, J.), entered July 14, 1999, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.